UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW S. BURCAR, et al.

    Plaintiffs,

v.

Case No. 22-cv-12054
Hon. Matthew F. Leitman

DECORATIVE PANELS
INTERNATIONAL, INC.,

    Defendant.

_____/

## ORDER REGARDING MEDIATION

This case was recently mediated, and the Court believes it would be helpful for the parties to engage in further mediation discussions with the Honorable Gerald E. Rosen (Ret.), the former Chief Judge of this Court.  Judge Rosen, after conferring with the parties and insurers, is empowered to make the following determinations concerning mediation: (i) format, (ii) number of sessions, (iii) appropriate persons, aside from counsel, from each side who must attend, including any insurers who may conceivably have coverage obligations (party and insurance representatives must include people with full settlement authority), (iv) location, and (v) date(s).

    **IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  April 19, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 19, 2023, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126