UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW S. BURCAR, et al.

    Plaintiffs,

v.

DECORATIVE PANELS
INTERNATIONAL, INC.,

    Defendant.
_____/

Case No. 22-cv-12054
Hon. Matthew F. Leitman

### **ORDER (1) GRANTING JOINT REQUEST TO EXTEND STAY (ECF No. 31) AND (2) TERMINATING PENDING MOTIONS (ECF Nos. 19, 24) WITHOUT PREJUDICE**

On May 9, 2023, the Court entered a stipulated order staying this action so that the parties could "continue their efforts to resolve this action through further mediation." (Order, ECF No. 26, PageID.400.)  The parties have since informed the Court that those efforts were successful and that they have reached a preliminary settlement. (*See* Status Rpt., ECF No. 30, PageID.419.)

Based on the parties' representation that they have reached a settlement, the Court **TERMINATES** Defendants' currently-pending motion to dismiss (ECF No. 19) and motion to consolidate (ECF No. 24) **WITHOUT PREJUDICE**.  Defendant may re-file those motions, if necessary, if the settlement is not fully completed.  In addition, the Court **GRANTS** the parties' joint request to extend the stay in this

1

action while they finalize the settlement documentation. (*See* Req., ECF No. 31.)

The stay shall be extended to **September 30, 2023**.

    **IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: August 31, 2023

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 31, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126

2